UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: WE R WATER, INC. <br><br> J & L POOL <br> Debtor(s) | § Case No. 09-71642 <br> § <br> § <br> § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 24, 2009. The undersigned trustee was appointed on April 24, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $          5,851.91

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 2,852.50 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 2,999.41 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6. The deadline for filing non-governmental claims in this case was 09/14/2009 and the deadline for filing governmental claims was 09/14/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,335.19. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,335.19, for a total compensation of $1,335.19.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $65.22, for total expenses of $65.22.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/14/2011          By: /s/JOSEPH D. OLSEN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 09-71642
Case Name: WE R WATER, INC.

Period Ending: 02/14/11

Trustee: (330400) JOSEPH D. OLSEN
Filed (f) or Converted (c): 04/24/09 (f)
§341(a) Meeting Date: 06/11/09
Claims Bar Date: 09/14/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | First Midwest Bank Corporate Checking Account ac | 500.00 | 0.00 | DA | 0.00 | FA |
| 2 | From closed swimming pool service and water supp | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Vehicles, Trailer, Skid Steer, and Fork Lift. Se | 36,000.00 | 10,000.00 | | 5,850.00 | FA |
| 4 | Office/ Storage Room Equipments. See attached Co | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Machinery, fixtures, equipment, and supplies use | 13,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Business Inventory to run the pool business to i | 85,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | First Midwest Bank Corporate Checking Account ac | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | From closed swimming pool service and water supp | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Vehicles, Trailer, Skid Steer, and Fork Lift. Se | 36,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Office/ Storage Room Equipments. See attached Co | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Machinery, fixtures, equipment, and supplies use | 13,500.00 | 0.00 | DA | 0.00 | FA |
| 12 | Business Inventory to run the pool business to i | 85,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.91 | Unknown |
| 13 | Assets Totals (Excluding unknown values) | $302,000.00 | $10,000.00 | | $5,851.91 | $0.00 |

**Major Activities Affecting Case Closing:**

Administration of assets complete. Will review proof of claim for objections. Final Report should be on file mid to late March 2011.

**Initial Projected Date Of Final Report (TFR):** June 30, 2010      **Current Projected Date Of Final Report (TFR):** March 15, 2011 (Actual)

Printed: 02/14/2011 10:52 AM   V.12.56

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-71642 | | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | WE R WATER, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****26-65 - Money Market Account |
| Taxpayer ID #: | **-***7474 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/14/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/01/09 | {3} | Action Auctioneering | 89 Chevy Carryall; 86 Chevy C-30; 01 Chevy G-3500; 01 Chevy-3500; 91 Ford pickup | 1129-000 | 5,850.00 | | 5,850.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 5,850.17 |
| 10/27/09 | | To Account #********2666 | per 10/26 Order to Pay Auctioneer fees/costs | 9999-000 | | 2,852.50 | 2,997.67 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 2,997.89 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 2,998.01 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 2,998.13 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,998.24 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,998.35 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 2,998.48 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.07 | | 2,998.55 |
| 04/20/10 | | Wire out to BNYM account 9200*******2665 | Wire out to BNYM account 9200*******2665 | 9999-000 | -2,998.55 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 2,852.50 | 2,852.50 | $0.00 |
| Less: Bank Transfers | -2,998.55 | 2,852.50 | |
| Subtotal | 5,851.05 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $5,851.05 | $0.00 | |

{} Asset reference(s)    Printed: 02/14/2011 10:52 AM    V.12.56

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-71642 | | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | WE R WATER, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****26-66 - Checking Account |
| Taxpayer ID #: | **-***7474 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/14/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/27/09 | | From Account #*********2665 | per 10/26 Order to Pay Auctioneer fees/costs | 9999-000 | 2,852.50 | | 2,852.50 |
| 10/27/09 | 101 | Action Auctioneering | Per 10/26 Order to pay auctioneer fees/costs | 3610-000 | | 2,852.50 | 0.00 |
| | | | ACCOUNT TOTALS | | 2,852.50 | 2,852.50 | $0.00 |
| | | | Less: Bank Transfers | | 2,852.50 | 0.00 | |
| | | | Subtotal | | 0.00 | 2,852.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $2,852.50 | |

{} Asset reference(s)

Printed: 02/14/2011 10:52 AM V.12.56

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-71642 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | WE R WATER, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******26-65 - Money Market Account |
| Taxpayer ID #: | **-***7474 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/14/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2665 | Wire in from JPMorgan Chase Bank, N.A. account ********2665 | 9999-000 | 2,998.55 | | 2,998.55 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 2,998.61 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.18 | | 2,998.79 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 2,998.96 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.18 | | 2,999.14 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 2,999.31 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,999.33 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,999.35 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,999.37 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,999.39 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,999.41 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 2,999.41 | 0.00 | $2,999.41 |
| Less: Bank Transfers | 2,998.55 | 0.00 | |
| Subtotal | 0.86 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.86 | $0.00 | |

{} Asset reference(s)

Printed: 02/14/2011 10:52 AM V.12.56

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

Case Number: 09-71642
Case Name: WE R WATER, INC.

Taxpayer ID #: **-***7474
Period Ending: 02/14/11

Trustee: JOSEPH D. OLSEN (330400)
Bank Name: The Bank of New York Mellon
Account: 9200-******26-66 - Checking Account
Blanket Bond: $1,500,000.00  (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Net Receipts:    5,851.91
Net Estate:     $5,851.91

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***.*****26-65 | 5,851.05 | 0.00 | 0.00 |
| Checking # ***-*****26-66 | 0.00 | 2,852.50 | 0.00 |
| MMA # 9200-******26-65 | 0.86 | 0.00 | 2,999.41 |
| Checking # 9200-******26-66 | 0.00 | 0.00 | 0.00 |
| | $5,851.91 | $2,852.50 | $2,999.41 |

{} Asset reference(s)

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: September 14, 2009

Case Number: 09-71642  
Debtor Name: WE R WATER, INC.

Page: 1

Date: February 14, 2011  
Time: 10:52:23 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $1,335.19 | $0.00 | 1,335.19 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $65.22 | $0.00 | 65.22 |
| 2P<br>570 | Department Of The Treasury<br>Internal Revenue Service<br>POB 21126<br>Philadelphia, PA 19114 | Priority | | $5,837.43 | $0.00 | 5,837.43 |
| 17P<br>570 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Priority | | $9,853.90 | $0.00 | 9,853.90 |
| 1<br>610 | ComEd Co.<br>2100 Swift Drive<br>Attn.: Bankruptcy Section/Revenue Mgmt.<br>OakBrook, IL 60523 | Unsecured | | $641.42 | $0.00 | 641.42 |
| 2U<br>610 | Department Of The Treasury<br>Internal Revenue Service<br>POB 21126<br>Philadelphia, PA 19114 | Unsecured | | $78.97 | $0.00 | 78.97 |
| 3<br>610 | Yellow Book USA<br>c/o RMS Bankruptcy Recovery Services<br>POB 5126<br>Timonium, MD 21094 | Unsecured | | $4,983.75 | $0.00 | 4,983.75 |
| 4<br>610 | Emerald Spa Corporation<br>4150 East Paris Ave. S.E.<br>Kentwood, MI 49512 | Unsecured | | $1,095.88 | $0.00 | 1,095.88 |
| 5<br>610 | Northwest Herald (Shaw)<br>7717 S. Route 31<br>Crystal Lake, IL 60039 | Unsecured | | $434.95 | $0.00 | 434.95 |
| 6<br>610 | Aquarius Distributors<br>6950 51st Street<br>Kenosha, IL 53144 | Unsecured | | $1,363.38 | $0.00 | 1,363.38 |
| 7<br>610 | ARCH Chemicals, Inc.<br>P.O. Box 751822<br>Charlotte, NC 28275 | Unsecured | | $209.20 | $0.00 | 209.20 |
| 8<br>610 | ULINE<br>2200 S. Lakeside Drive<br>Waukegan, IL 60085 | Unsecured | | $72.22 | $0.00 | 72.22 |
| 9<br>610 | Zanck & Coen P.C.<br>Jennifer L Johnson<br>40 Brink Street<br>Crystal Lake, IL 60014 | Unsecured | | $1,000.00 | $0.00 | 1,000.00 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: September 14, 2009

Case Number: 09-71642  
Debtor Name: WE R WATER, INC.

Page: 2

Date: February 14, 2011  
Time: 10:52:23 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 / 610 | Schillinger Distribution, P.O. Box 478, Chicago Ridge, IL 60415 | Unsecured | | $3,000.00 | $0.00 | 3,000.00 |
| 11 / 610 | Coverstar Central, Ronald A Safrin, Safrin Caplin Sniderman, 11595 N Meridian St, Ste 300, Carmel, IN 46032 | Unsecured | | $3,794.13 | $0.00 | 3,794.13 |
| 12 / 610 | Beachcomber, 1204 Park Center Drive, Vista, CA 92083 | Unsecured | | $133.00 | $0.00 | 133.00 |
| 13 / 610 | James Herman, Attorney, 700 Lewis Avenue, Waukegan, IL 60085 | Unsecured | | $607.25 | $0.00 | 607.25 |
| 14 / 610 | Century Springs, PO Box 275, Genessee Depot, WI 53127 | Unsecured | | $10,680.10 | $0.00 | 10,680.10 |
| 15 / 610 | Sam Nardi And Nargis Nardi, C/O SmithAmundsen, 2460 Lake Shore Drive, Woodstock, IL 60098 | Unsecured | | $17,465.00 | $0.00 | 17,465.00 |
| 16 / 610 | Fifth Third Bank, c/o David L. Hazan, Diver, Grach, Quade & Masini, LLP, 111 N. County Street, Waukegan, IL 60085 | Unsecured | | $387,010.74 | $0.00 | 387,010.74 |
| 17U / 610 | Illinois Department of Employment Security, 33 South State Street, Attn: Bankruptcy Unit - 10th flr., Chicago, IL 60603 | Unsecured | | $165.00 | $0.00 | 165.00 |
| 18 / 610 | Call One, 123 N. Wacker Drive, Chicago, IL 60606 | Unsecured | | $215.40 | $0.00 | 215.40 |
| 19 / 610 | James B. Adams, Jr., 1811 West Route 120, McHenry, IL 60051 | Unsecured | | $13,000.00 | $0.00 | 13,000.00 |
| 20 / 610 | Fox River Tire & Supply, 6217 Smith Road, Crystal Lake, IL 60014 | Unsecured | | $17,656.31 | $0.00 | 17,656.31 |
| 21 / 610 | Walter And Maryann Gazdzik, 6217 Smith Road, Crystal Lake, IL 60014 | Unsecured | | $290,705.00 | $0.00 | 290,705.00 |
| 22 / 610 | W & M Properties, LLC, 6217 Smith Road, Crystal Lake, IL 60014 | Unsecured | | $50,000.00 | $0.00 | 50,000.00 |
| << Totals >> | | | | 821,403.44 | 0.00 | 821,403.44 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-71642  
Case Name: WE R WATER, INC.  
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:**  $ 2,999.41

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00  
Remaining balance:  $ 2,999.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,335.19 | 0.00 | 1,335.19 |
| Trustee, Expenses - JOSEPH D. OLSEN | 65.22 | 0.00 | 65.22 |

Total to be paid for chapter 7 administration expenses:  $ 1,400.41  
Remaining balance:  $ 1,599.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00  
Remaining balance:  $ 1,599.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $15,691.33 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Department Of The Treasury | 5,837.43 | 0.00 | 594.85 |
| 17P | Illinois Department of Employment Security | 9,853.90 | 0.00 | 1,004.15 |

UST Form 101-7-TFR (10/1/2010)

Total to be paid for priority claims: $ 1,599.00

Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 804,311.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ComEd Co. | 641.42 | 0.00 | 0.00 |
| 2U | Department Of The Treasury | 78.97 | 0.00 | 0.00 |
| 3 | Yellow Book USA | 4,983.75 | 0.00 | 0.00 |
| 4 | Emerald Spa Corporation | 1,095.88 | 0.00 | 0.00 |
| 5 | Northwest Herald (Shaw) | 434.95 | 0.00 | 0.00 |
| 6 | Aquarius Distributors | 1,363.38 | 0.00 | 0.00 |
| 7 | ARCH Chemicals, Inc. | 209.20 | 0.00 | 0.00 |
| 8 | ULINE | 72.22 | 0.00 | 0.00 |
| 9 | Zanck & Coen P.C. | 1,000.00 | 0.00 | 0.00 |
| 10 | Schillinger Distribution | 3,000.00 | 0.00 | 0.00 |
| 11 | Coverstar Central | 3,794.13 | 0.00 | 0.00 |
| 12 | Beachcomber | 133.00 | 0.00 | 0.00 |
| 13 | James Herman, Attorney | 607.25 | 0.00 | 0.00 |
| 14 | Century Springs | 10,680.10 | 0.00 | 0.00 |
| 15 | Sam Nardi And Nargis Nardi | 17,465.00 | 0.00 | 0.00 |
| 16 | Fifth Third Bank | 387,010.74 | 0.00 | 0.00 |
| 17U | Illinois Department of Employment Security | 165.00 | 0.00 | 0.00 |
| 18 | Call One | 215.40 | 0.00 | 0.00 |
| 19 | James B. Adams, Jr. | 13,000.00 | 0.00 | 0.00 |
| 20 | Fox River Tire & Supply | 17,656.31 | 0.00 | 0.00 |
| 21 | Walter And Maryann Gazdzik | 290,705.00 | 0.00 | 0.00 |
| 22 | W & M Properties, LLC | 50,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-TFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (10/1/2010)