# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: WE R WATER, INC.  §  <br>                                   § <br>     J & L POOL                 § <br> Debtor(s)                            § | Case No. 09-71642 |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 03/30/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 02/14/2011      By: /s/JOSEPH D. OLSEN
                                                            Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| In re: WE R WATER, INC. | § Case No. 09-71642 |
|---|---|
| | § |
| J & L POOL | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 5,851.91 |
| *and approved disbursements of* | $ | 2,852.50 |
| *leaving a balance on hand of* [1] | $ | 2,999.41 |
| **Balance on hand:** | $ | 2,999.41 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 2,999.41 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,335.19 | 0.00 | 1,335.19 |
| Trustee, Expenses - JOSEPH D. OLSEN | 65.22 | 0.00 | 65.22 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 1,400.41 |
| Remaining balance: | $ | 1,599.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,599.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $15,691.33 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Department Of The Treasury | 5,837.43 | 0.00 | 594.85 |
| 17P | Illinois Department of Employment Security | 9,853.90 | 0.00 | 1,004.15 |

Total to be paid for priority claims: $ 1,599.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 804,311.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ComEd Co. | 641.42 | 0.00 | 0.00 |
| 2U | Department Of The Treasury | 78.97 | 0.00 | 0.00 |
| 3 | Yellow Book USA | 4,983.75 | 0.00 | 0.00 |
| 4 | Emerald Spa Corporation | 1,095.88 | 0.00 | 0.00 |
| 5 | Northwest Herald (Shaw) | 434.95 | 0.00 | 0.00 |
| 6 | Aquarius Distributors | 1,363.38 | 0.00 | 0.00 |
| 7 | ARCH Chemicals, Inc. | 209.20 | 0.00 | 0.00 |
| 8 | ULINE | 72.22 | 0.00 | 0.00 |
| 9 | Zanck & Coen P.C. | 1,000.00 | 0.00 | 0.00 |
| 10 | Schillinger Distribution | 3,000.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 11 | Coverstar Central | | 0.00 | 0.00 |
| 12 | Beachcomber | 133.00 | 0.00 | 0.00 |
| 13 | James Herman, Attorney | 607.25 | 0.00 | 0.00 |
| 14 | Century Springs | 10,680.10 | 0.00 | 0.00 |
| 15 | Sam Nardi And Nargis Nardi | 17,465.00 | 0.00 | 0.00 |
| 16 | Fifth Third Bank | 387,010.74 | 0.00 | 0.00 |
| 17U | Illinois Department of Employment Security | 165.00 | 0.00 | 0.00 |
| 18 | Call One | 215.40 | 0.00 | 0.00 |
| 19 | James B. Adams, Jr. | 13,000.00 | 0.00 | 0.00 |
| 20 | Fox River Tire & Supply | 17,656.31 | 0.00 | 0.00 |
| 21 | Walter And Maryann Gazdzik | 290,705.00 | 0.00 | 0.00 |
| 22 | W & M Properties, LLC | 50,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-71642-MB
We "R" Water, Inc.                                                  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3         User: lorsmith         Page 1 of 2         Date Rcvd: Mar 02, 2011
                             Form ID: pdf006        Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2011.

```
db         +We "R" Water, Inc.,    1815 W. Route 120 Unit A,    McHenry, IL 60051-8783
aty        +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty        +Thomas C O'Brien,     STATELINE LEGAL, LLC,    950 Main Street,    Antioch, IL 60002-1537
tr         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
13828170   +ARCH Chemicals, Inc.,    P.O. Box 751822,    Charlotte, NC 28275-1822
13828165    Able Alarm Service, In.C,    1309 - CN Park Street,    McHenry, IL 60050
13828166   +Ace Bjorkman's Hardware,    4520 Crystal Lake Road,    McHenry, IL 60050-5378
13828167   +Acme Brick & Supply,    1903 A. W. Route 120,    McHenry, IL 60051-3525
13828168   +American Credit Systems, Inc.,    400 West Lake Street,    Suite 111- PO Box 72849,
             Roselle, IL 60172-3574
13828169   +Aquarius Distributors,    6950 51st Street,    Kenosha, IL 53144-1740
13828171   +Bank Of America,    Po Box 15019,    Wilmington, DE 19886-5019
13828173   +Call One,    123 N. Wacker Drive,    Chicago, IL 60606-1743
13828174    Central Pool Supply, Inc,    1572 36th Ave. (Blackhawk Road),    Moline, IL  61265
13828175   +Century Springs,    PO Box 275,    Genessee Depot, WI 53127-0275
13828176   +CitiBusiness Advantage,    P.O. Box 688910,    Des Moines, IA 50368-8910
13828178    CoverStar Central,    9165 E. 87th St.,    Indianapolis, IN  46256
14125334   +Coverstar Central,    Ronald A Safrin,    Safrin Caplin Sniderman,    11595 N Meridian St, Ste 300,
             Carmel IN 46032-6950
13828182   +DHL Express,    14105 Collections Center,    Chicago, IL 60693-0141
13828179   +David L. Hazan, Esq.,    Diver Grach Quade & Masini LLP,    111 N. County Street,
             Waukegan, IL 60085-4325
13828183   +Discount Shipping Insurance,    18757 Burbank Blvd Suite 212,    Tarzana, CA 91356-6323
13828184    ED's Rental & Sales Inc.,    904 N. Front Street- Route 31,    McHenry, IL  60050
13828185   +Emerald Spa Corporation,    4150 East Paris Ave. S.E.,    Kentwood, MI 49512-3911
13828186   +Fed Ex Freight,    P.O. Box 840,    Harrison, AR 72602-0840
14279524   +Fifth Third Bank,    c/o David L. Hazan,    Diver, Grach, Quade & Masini, LLP,
             111 N. County Street,    Waukegan, IL 60085-4325
13828188   +Fox River Tire & Supply,    6217 Smith Road,    Crystal Lake, IL 60014-6577
13828189   +Fred and Kathy Haller,    1201 Rocky Beach Road,    Johnsburg, IL 60051-9674
13828190   +Halogen Supply Company,    4653 W. Lawrence Ave.,    Chicago, IL 60630-2588
13828191   +Home Depot,    Processing Center,    Des Moines, IA 50364-0001
13828180   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Department Of The Treasury,    Internal Revenue Service,    POB 21126,
             Philadelphia PA 19114)
14291853   +Illinois Department of Employment Security,    33 South State Street,
             Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
13828192    James B. Adams,    1811 W. Route 120,    McHenry, IL  60051
13828193    James B. Adams, Jr.,    1811 West Route 120,    McHenry, IL  60051
13828194    James Herman, Attorney,    700 Lewis Avenue,    Waukegan, IL  60085
13828195   +Jeffrey Kelly,    C/O Kurt P. Rehberg, Esq.,    64 E. Crystal Lake Ave.,
             Crystal Lake, IL 60014-6137
13828198   +Meyer Material Company,    1819 Dot Stret,    P.O. Box 511,    McHenry, IL 60051-0511
13828199   +NEBS,    500 Main Street,    Groton, MA 01471-0001
13828200   +Neil Anderson Law Office,    1927 Main Street,    Spring Grove, IL 60081-8851
13828202    Northwest Herald (Shaw),    7717 S. Route 31,    Crystal Lake, IL  60039
13828203   +Novotny True Value,    5615 N. Wilmont Rd,    Johnsburg, IL 60051-8405
13828204   +Pekin Insurance,    2505 Court Street,    Pekin, IL 61558-0002
13828205   +Phillips 66 -Conoco 76,    PO Box 689141,    Des Moines, IA 50368-9141
13828208   +Robert E. Burke, Esq.,    1509 Richmond Road,    McHenry, IL 60050-1411
13828209   +Sam Nardi And Nargis Nardi,    C/O SmithAmundsen,    2460 Lake Shore Drive,
             Woodstock, IL 60098-6911
13828210   +Schillinger Distribution,    P.O. Box 478,    Chicago Ridge, IL 60415-0478
13828211   +Sears Gold Mastercard,    P.O. Box 183082,    Columbus, OH 43218-3082
13828212   +Shell Fleet,    P.O. Box 183019,    Columbus, OH 43218-3019
13828213   +South Central Pool Supply, Inc.,    4982 27th Ave,    Rockford, IL 61109-1709
13828214    Sprint,    PO Box 4191,    Carol Stream, IL 60197-4191
13828215   +Stans Financial Services,    1375 S. Eastwood,    Woodstock, IL 60098-4648
13828164    State Line Legal,    950 Main Street,    Antioch, IL  60002-1537
13828217   +Tri-City Vinyl,    640 E. Morley Drive,    Saginaw, MI 48601-9401
13828218   +ULINE,    2200 S. Lakeside Drive,    Waukegan, IL 60085-8311
13828219   +USF Holland,    750 E. 40th Street,    Holland, MI 49423-5342
13828222   +Waste Management North,    1411 Opus Place Suite 400,    Downers Grove, IL 60515-1481
13828163   +We 'R' Water Inc D/B/A J & L Pool,    1815 W Route 120 Unit A,    McHenry, IL 60051-8783
14074395   +Yellow Book USA,    c/o RMS Bankruptcy Recovery Services,    POB 5126,    Timonium MD 21094-5126
13828223   +Yellow Book USA,    1933 N. Meacham Road Suite 600,    Schaumburg, IL 60173-4390
13828224   +Zanck & Coen P.C.,    Jennifer L Johnson,    40 Brink Street,    Crystal Lake, IL 60014-4371
```

```
District/off: 0752-3          User: lorsmith            Page 2 of 2              Date Rcvd: Mar 02, 2011
                              Form ID: pdf006           Total Noticed: 66

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13828172      +E-mail/Text: jbarks@beachcomberhottubs.com Mar 02 2011 22:41:46       Beachcomber,
               1204 Park Center Drive,    Vista, CA 92081-8314
13828177      +E-mail/Text: legalcollections@comed.com Mar 02 2011 22:39:59       ComED,   Bill Payment Center,
               Chicago, IL 60668-0001
13906966      +E-mail/Text: legalcollections@comed.com Mar 02 2011 22:39:59       ComEd Co.,   2100 Swift Drive,
               Attn.: Bankruptcy Section/Revenue Mgmt.,    OakBrook, IL 60523-1559
13828181      +E-mail/Text: CustomerNoticesEast@dexknows.com Mar 02 2011 22:41:46       DEX,   8519 Innovation Way,
               Chicago, IL 60682-0085
13828197      +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2011 23:04:05       Menards,   P.O. Box 6150,
               Rapid City, SD 57709-6150
13828201      +E-mail/Text: bankrup@nicor.com Mar 02 2011 22:37:36       Nicor Gas,   P.O. Box 0632,
               Aurora, IL 60507-0632
13828206      +E-mail/Text: bankruptcy@pb.com Mar 02 2011 22:40:01       Pitney Bowes Purchase Power,
               P.O. Box 856042,    Louisville, KY 40285-6042
13828207      +E-mail/Text: bankruptcy@pb.com Mar 02 2011 22:40:01       Pitney Bowes/Postal Meter Rent,
               2225 American Drive,    Neenah, WI 54956-1005
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
13828187     ##+Fifth Third Bank,   346 W. Carol Ln,   Elmhurst, IL 60126-1003
13828196     ##+Kevin J. Miller CPA, PC,   P.O. Box 648,   Spring Grove, IL 60081-0648
13828216     ##+Textron Financial Services,   P.O. Box 9354,   Minneapolis, MN 55440-9354
13828220     ##+W & M Properties, LLC,   6217 Smith Road,   Crystal Lake, IL 60014-6577
13828221     ##+Walter And Maryann Gazdzik,   6217 Smith Road,   Crystal Lake, IL 60014-6577
                                                                                   TOTALS: 0, * 1, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2011**                    **Signature:**  *Joseph Speetjens*