**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: WE R WATER, INC. | § | Case No. 09-71642 |
| | § | |
| J & L POOL | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $266,000.00                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,599.00       Claims Discharged
                                                 Without Payment: $818,404.03

Total Expenses of Administration: $4,252.91

---

    3) Total gross receipts of $ 5,851.91 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,851.91 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,252.91 | 4,252.91 | 4,252.91 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 15,691.33 | 15,691.33 | 1,599.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 804,311.70 | 804,311.70 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $824,255.94 | $824,255.94 | $5,851.91 |

    4)  This case was originally filed under Chapter 7 on April 24, 2009. The case was pending for 26 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/27/2011                By:  /s/JOSEPH D. OLSEN
                                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vehicles, Trailer, Skid Steer, and Fork Lift. Se | 1129-000 | 5,850.00 |
| Interest Income | 1270-000 | 1.91 |
| **TOTAL GROSS RECEIPTS** | | **$5,851.91** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,335.19 | 1,335.19 | 1,335.19 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 65.22 | 65.22 | 65.22 |
| Action Auctioneering | 3610-000 | N/A | 2,852.50 | 2,852.50 | 2,852.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,252.91 | 4,252.91 | 4,252.91 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Department Of The Treasury | 5800-000 | N/A | 5,837.43 | 5,837.43 | 594.85 |
| 17P | Illinois Department of Employment Security | 5800-000 | N/A | 9,853.90 | 9,853.90 | 1,004.15 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 15,691.33 | 15,691.33 | 1,599.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ComEd Co. | 7100-000 | N/A | 641.42 | 641.42 | 0.00 |
| 2U | Department Of The Treasury | 7100-000 | N/A | 78.97 | 78.97 | 0.00 |
| 3 | Yellow Book USA | 7100-000 | N/A | 4,983.75 | 4,983.75 | 0.00 |
| 4 | Emerald Spa Corporation | 7100-000 | N/A | 1,095.88 | 1,095.88 | 0.00 |
| 5 | Northwest Herald (Shaw) | 7100-000 | N/A | 434.95 | 434.95 | 0.00 |
| 6 | Aquarius Distributors | 7100-000 | N/A | 1,363.38 | 1,363.38 | 0.00 |
| 7 | ARCH Chemicals, Inc. | 7100-000 | N/A | 209.20 | 209.20 | 0.00 |
| 8 | ULINE | 7100-000 | N/A | 72.22 | 72.22 | 0.00 |
| 9 | Zanck & Coen P.C. | 7100-000 | N/A | 1,000.00 | 1,000.00 | 0.00 |
| 10 | Schillinger Distribution | 7100-000 | N/A | 3,000.00 | 3,000.00 | 0.00 |
| 11 | Coverstar Central | 7100-000 | N/A | 3,794.13 | 3,794.13 | 0.00 |
| 12 | Beachcomber | 7100-000 | N/A | 133.00 | 133.00 | 0.00 |
| 13 | James Herman, Attorney | 7100-000 | N/A | 607.25 | 607.25 | 0.00 |
| 14 | Century Springs | 7100-000 | N/A | 10,680.10 | 10,680.10 | 0.00 |
| 15 | Sam Nardi And Nargis Nardi | 7100-000 | N/A | 17,465.00 | 17,465.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | Fifth Third Bank | 7100-000 | N/A | 387,010.74 | 387,010.74 | 0.00 |
| 17U | Illinois Department of Employment Security | 7100-000 | N/A | 165.00 | 165.00 | 0.00 |
| 18 | Call One | 7100-000 | N/A | 215.40 | 215.40 | 0.00 |
| 19 | James B. Adams, Jr. | 7100-000 | N/A | 13,000.00 | 13,000.00 | 0.00 |
| 20 | Fox River Tire & Supply | 7100-000 | N/A | 17,656.31 | 17,656.31 | 0.00 |
| 21 | Walter And Maryann Gazdzik | 7100-000 | N/A | 290,705.00 | 290,705.00 | 0.00 |
| 22 | W & M Properties, LLC | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 804,311.70 | 804,311.70 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-71642  **Trustee:** (330400) JOSEPH D. OLSEN
**Case Name:** WE R WATER, INC.  **Filed (f) or Converted (c):** 04/24/09 (f)
  **§341(a) Meeting Date:** 06/11/09
**Period Ending:** 06/27/11  **Claims Bar Date:** 09/14/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | First Midwest Bank Corporate Checking Account ac | 500.00 | 0.00 | DA | 0.00 | FA |
| 2 | From closed swimming pool service and water supp | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Vehicles, Trailer, Skid Steer, and Fork Lift. Se | 36,000.00 | 10,000.00 | | 5,850.00 | FA |
| 4 | Office/ Storage Room Equipments. See attached Co | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Machinery, fixtures, equipment, and supplies use | 13,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Business Inventory to run the pool business to i | 85,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | First Midwest Bank Corporate Checking Account ac | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | From closed swimming pool service and water supp | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Vehicles, Trailer, Skid Steer, and Fork Lift. Se | 36,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Office/ Storage Room Equipments. See attached Co | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Machinery, fixtures, equipment, and supplies use | 13,500.00 | 0.00 | DA | 0.00 | FA |
| 12 | Business Inventory to run the pool business to i | 85,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.91 | FA |
| 13 | Assets    Totals (Excluding unknown values) | **$302,000.00** | **$10,000.00** | | **$5,851.91** | **$0.00** |

**Major Activities Affecting Case Closing:**

Administration of assets complete.  Will review proof of claim for objections.  Final Report should be on file mid to late March 2011.

**Initial Projected Date Of Final Report (TFR):**    June 30, 2010    **Current Projected Date Of Final Report (TFR):**    March 15, 2011  (Actual)

Printed: 06/27/2011 11:16 AM    V.12.57

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-71642  
**Case Name:** WE R WATER, INC.  

**Taxpayer ID #:** **-***7474  
**Period Ending:** 06/27/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****26-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/01/09 | {3} | Action Auctioneering | 89 Chevy Carryall; 86 Chevy C-30; 01 Chevy G-3500; 01 Chevy-3500; 91 Ford pickup | 1129-000 | 5,850.00 | | 5,850.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 5,850.17 |
| 10/27/09 | | To Account #********2666 | per 10/26 Order to Pay Auctioneer fees/costs | 9999-000 | | 2,852.50 | 2,997.67 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 2,997.89 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 2,998.01 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 2,998.13 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,998.24 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,998.35 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 2,998.48 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.07 | | 2,998.55 |
| 04/20/10 | | Wire out to BNYM account 9200******2665 | Wire out to BNYM account 9200******2665 | 9999-000 | -2,998.55 | | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| ACCOUNT TOTALS | 2,852.50 | 2,852.50 | $0.00 |
| Less: Bank Transfers | -2,998.55 | 2,852.50 | |
| Subtotal | 5,851.05 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,851.05** | **$0.00** | |

{} Asset reference(s)                                                                                               Printed: 06/27/2011 11:16 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-71642 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Case Name:** | WE R WATER, INC. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****26-66 - Checking Account |
| **Taxpayer ID #:** | **-***7474 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 06/27/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/27/09 | | From Account #********2665 | per 10/26 Order to Pay Auctioneer fees/costs | 9999-000 | 2,852.50 | | 2,852.50 |
| 10/27/09 | 101 | Action Auctioneering | Per 10/26 Order to pay auctioneer fees/costs | 3610-000 | | 2,852.50 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **2,852.50** | **2,852.50** | **$0.00** |
| | | | Less: Bank Transfers | | 2,852.50 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **2,852.50** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$2,852.50** | |

{} Asset reference(s)  Printed: 06/27/2011 11:16 AM  V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-71642 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | WE R WATER, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******26-65 - Money Market Account |
| Taxpayer ID #: | **-***7474 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 06/27/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2665 | Wire in from JPMorgan Chase Bank, N.A. account ********2665 | 9999-000 | 2,998.55 | | 2,998.55 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 2,998.61 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.18 | | 2,998.79 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 2,998.96 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.18 | | 2,999.14 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 2,999.31 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,999.33 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,999.35 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,999.37 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,999.39 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,999.41 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,999.43 |
| 03/30/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 2,999.45 |
| 03/30/11 | | To Account #9200******2666 | F. rpt | 9999-000 | | 2,999.45 | 0.00 |
| | | | ACCOUNT TOTALS | | 2,999.45 | 2,999.45 | $0.00 |
| | | | Less: Bank Transfers | | 2,998.55 | 2,999.45 | |
| | | | Subtotal | | 0.90 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.90 | $0.00 | |

{} Asset reference(s)

Printed: 06/27/2011 11:16 AM     V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-71642 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | WE R WATER, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******26-66 - Checking Account |
| Taxpayer ID #: | **-***7474 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 06/27/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/30/11 | Int | The Bank of New York Mellon | Reverse Interest Posting | 1270-000 | -0.02 | | -0.02 |
| 03/30/11 | Int | The Bank of New York Mellon | Reverse Interest Posting | 1270-000 | -0.02 | | -0.04 |
| 03/30/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.02 | | -0.02 |
| 03/30/11 | | From Account #9200******2665 | F. rpt | 9999-000 | 2,999.45 | | 2,999.43 |
| 03/30/11 | 10102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,335.19, Trustee Compensation;  Reference: | 2100-000 | | 1,335.19 | 1,664.24 |
| 03/30/11 | 10103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $65.22, Trustee Expenses;  Reference: | 2200-000 | | 65.22 | 1,599.02 |
| 03/30/11 | 10104 | Department Of The Treasury | Dividend paid  10.19% on $5,837.43; Claim# 2P; Filed: $5,837.43; Reference: | 5800-000 | | 594.85 | 1,004.17 |
| 03/30/11 | 10105 | Illinois Department of Employment Security | Dividend paid  10.19% on $9,853.90; Claim# 17P; Filed: $9,853.90; Reference: | 5800-000 | | 1,004.15 | 0.02 |
| 05/16/11 | Int | The Bank of New York Mellon | Reverse Interest Posting | 1270-000 | -0.02 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,999.41 | 2,999.41 | **$0.00** |
| | | | Less: Bank Transfers | | 2,999.45 | 0.00 | |
| | | | **Subtotal** | | **-0.04** | **2,999.41** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$-0.04** | **$2,999.41** | |

```
Net Receipts :       5,851.91
                    _____
Net Estate :         $5,851.91
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****26-65** | 5,851.05 | 0.00 | 0.00 |
| **Checking # ***-*****26-66** | 0.00 | 2,852.50 | 0.00 |
| **MMA # 9200-******26-65** | 0.90 | 0.00 | 0.00 |
| **Checking # 9200-******26-66** | -0.04 | 2,999.41 | 0.00 |
| | **$5,851.91** | **$5,851.91** | **$0.00** |

{} Asset reference(s)              Printed: 06/27/2011 11:16 AM    V.12.57